UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | CASE NO. 1:14-cv-724-LJO-MJS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 13) |
| vs. | |
| CITRUS BEGINNINGS, L.P., et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **September 22, 2014**              **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE

1